377 A.2d 183

Commonwealth v. Overton, Appellant.

Submitted March 22, 1976.   Anthony D. Pirillo, Jr., for appellant;  Pamela Esposito, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.